# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

STEVEN RAY SAVAGE,

     Plaintiff,

v.

CARY L. WAY, JERALD F. WATSON, DANIELE MORTHLAND, D'BORIS SMITH, SHERIFF CARLTON SPEED, JEREMY GRINDLE, J.N. MANLEY, SHERIFF GERALD COUCH, and John Doe No. 1, 2, 3, and 4, and Jane Doe No. 1, 2, 3, and 4,

     Defendants.

CIVIL ACTION FILE
NO. _____

## NOTICE OF REMOVAL

COME NOW, **CARY L. WAY, JERALD F. WATSON, D'BORIS SMITH, DANIELE MORTHLAND,** and **SHERIFF CARLTON SPEED** (collectively "these Defendants"), with the consent of all parties who have been joined and served, pursuant to 28 U.S.C. §§ 1441 and 1446, and file this Notice of Removal, showing the Court that this case should be removed to its jurisdiction for the following reasons:

1.

On August 29, 2024, Plaintiff filed a Complaint in the Superior Court of Hall County, Civil Action No. 2024CV001620. Hall County is within the Gainesville Division of the Northern District of Georgia.

2.

This notice is timely under 28 U.S.C. § 1446(b)(1). These Defendants are filing this notice within thirty (30) days of the purported service upon Defendants Smith and Morthland. Moreover, it appears that Defendants Watson, Way, and Morthland have not been properly served to date.

3.

True and correct copies of all process, pleadings, and orders that have been electronically filed and/or served in connection with this action, and of which these defendants are aware, are attached hereto as exhibits as follows:

| Exhibit | Description | Date of Filing |
|---|---|---|
| 1 | Complaint | 08/29/2024 |
| 2 | Summons - Cary L. Way | 08/29/2024 |
| 3 | Summons – Jerold F. Watson | 08/29/2024 |
| 4 | Summons – Daniele Morthland | 08/29/2024 |
| 5 | Summons – D'Boris Smith | 08/29/2024 |
| 6 | Summons – Sheriff Carlton Speed | 08/29/2024 |
| 7 | Summons – Jeremy Grindle | 08/29/2024 |

2

| 8 | Summons – J. N. Manley | 08/29/2024 |
|---|---|---|
| 9 | Summons – Sheriff Gerald Couch | 08/29/2024 |
| 10 | General Civil and Domestic Relations Case Filing Information Form | 08/29/2024 |
| 11 | Plaintiff's Motion for Appointment of Special Agent for Service of Process | 08/29/2024 |
| 12 | Proposed Order Appointing Special Agent for Service of Process (unsigned) | 08/29/2024 |
| 13 | Order Appointing Special Agent for Service of Process | 08/30/2024 |
| 14 | Return of Service – Sheriff Carlton Speed | 09/19/2024 |
| 15 | Return of Service – Jerald F. Watson | 09/19/2024 |
| 16 | Return of Service – Cary Way | 09/19/2024 |
| 17 | Return of Service – Sheriff Gerald Couch | 09/19/2024 |
| 18 | Return of Service – Jeremy Grindle | 09/19/2024 |
| 19 | Return of Service – D'Boris Smith | 09/19/2024 |
| 20 | Return of Service – Daniele Morthland | 09/19/2024 |
| 21 | Plaintiff's Motion for Appointment of Special Agent for Service of Process (J.N. Manley) | 09/30/2024 |
| 22 | Proposed Order Appointing Special Agent for Service of Process (unsigned) (J.N. Manley) | 09/30/2024 |
| 23 | Order Appointing Special Agent for Service of Process (J.N. Manley) | 10/01/2024 |
| 24 | Answer of D'Boris Smith | 10/03/2024 |
| 25 | Certificate of Service - Answer of D'Boris Smith | 10/03/2024 |

3

| 26 | Defendants Jeremy Grindle, J.N. Manley, and Sheriff Gerald Couch's Answer and Defenses to Plaintiff's Complaint | 10/17/2024 |
|---|---|---|
| 27 | Defendants Jeremy Grindle, J.N. Manley, and Sheriff Gerald Couch's Motion to Dismiss Plaintiff's Complaint | 10/17/2024 |
| 28 | Civil Cover Sheet | 10/17/2024 |

4.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), these Defendants have confirmed that all defendants who have been properly joined and served[1] consent to the removal of this action.

5.

Pursuant to 28 U.S.C. § 1446(a), these Defendants attach true and correct copies of all process, pleadings, orders, and other filings that appear on and are a part of the docket of the Superior Court of Hall County for this matter to this Notice of Removal. These Defendants have no knowledge of any other process, pleadings, or orders that have been electronically filed and/or served in connection with this action, other than those attached hereto.[2]

---

[1] These Defendants, nor any other defendant consenting to removal, admit that service upon them is proper or waive their right to assert the defenses of insufficient service or insufficient service of process by filing or consenting to this notice.

[2] These Defendants received file stamped copies of multiple returns of service indicating that they were e-filed with the Hall County Superior Court. But those documents do not appear on the online docket of the case. Out of an abundance of caution, these Defendants are including those documents with this notice.

6.

Venue is proper in the Northern District of Georgia because the cause of action arose in Banks and Hall counties, which are within the Northern District of Georgia. This case is properly assigned to the Gainesville Division of the Northern District of Georgia because, pursuant to 28 U.S.C. § 1441(a), it is the division of the district court embracing the place where this action is pending.

7.

In this case, Plaintiff asserts various federal law claims pursuant to 42 U.S.C. § 1983 for alleged violations of his rights under the Fourth and Fourteenth Amendments to the United States Constitution.

8.

Plaintiff also asserts various claims under the laws of the State of Georgia.

9.

This case is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343 and is one which may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1443 in that it is a civil action arising under the Constitution and laws of the United States.

10.

In addition to having original jurisdiction over Plaintiff's constitutional claims brought pursuant to 42 U.S.C. § 1983, this Court would have supplemental

jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367 because all claims arise out of the same facts and circumstances such that they form part of the same case or controversy.

11.

Pursuant to 28 U.S.C. 1446(d), these Defendants certify that promptly after the filing of this notice of they will give written notice thereof to all adverse parties and file a copy of the notice with the Clerk of the Superior Court of Hall County.

12.

As of this filing, these Defendants have not filed a responsive pleading in the Hall County Superior Court below since the time for doing so has not yet passed.[3] Pursuant to Federal Rule of Civil Procedure 81, these Defendants therefore have until seven (7) days after this notice is filed to do so.

13.

The undersigned have read this notice, and to the best of their knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

---

[3] Defendant Smith filed a *pro se* answer with the Superior Court of Hall County. A copy of that answer is included with that Court's record submitted with this notice.

WHEREFORE, these Defendants pray that this case be removed to the United States District Court for the Northern District of Georgia, Gainesville Division, and that no further proceedings occur in the Superior Court of Hall County, Georgia.

## LOCAL RULE 7.1D CERTIFICATION

Pursuant to Local Rule 7.1D for the Northern District of Georgia, the undersigned counsel for Defendants certifies that the above and foregoing is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B and C.

Respectfully submitted this 17th day of October, 2024.

**HALL BOOTH SMITH, P.C.**

*/s/ Russell A. Britt*
RUSSELL A. BRITT
Georgia Bar No. 473664
STUART F. SUMNER
Georgia Bar No. 353355

*Counsel for Defendants Cary L. Way, Jerald F. Watson, Daniele Morthland, D'Boris Smith, and Sheriff Carlton Speed*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  rbritt@hallboothsmith.com
Email:  ssumner@hallboothsmith.com

7

**CONSENTED TO BY:**

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wesley C. Jackson*
*(signed with express permission)*
WESLEY C. JACKSON
Georgia Bar No. 336891
STEVEN L. GRUNBERG
Georgia Bar No 146397

*Counsel for Jeremy Grindle, J.N. Manley, and Sheriff Gerald Couch*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Tel:  770-818-0000
Fax:  770-937-9960
Email:  wjackson@fmglaw.com
Email:  sgrunberg@fmglaw.com

8

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

|  |  |
|---|---|
| STEVEN RAY SAVAGE,<br><br>        Plaintiff,<br><br>v.<br><br>CARY L. WAY, JERALD F. WATSON, DANIELE MORTHLAND, D'BORIS SMITH, SHERIFF CARLTON SPEED, JEREMY GRINDLE, J.N. MANLEY, SHERIFF GERALD COUCH, and John Doe No. 1, 2, 3, and 4, and Jane Doe No. 1, 2, 3, and 4,<br><br>        Defendants. | CIVIL ACTION FILE<br>   NO. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Removal** through the CM/ECF e-filing system and/or Statutory Electronic Service to the following:

| | |
|---|---|
| Richard Neville, Esq. | Wesley C. Jackson, Esq. |
| Brandon Waller, Esq. | Steven L. Grunberg, Esq. |
| Neville Law, LLC | Freeman Mathis & Gary, LLP |
| 285 Elm Street, Suite 302 | 100 Galleria Parkway, Suite 1600 |
| Cumming, GA 30040 | Atlanta, GA 30339-5948 |
| *rich@nevillelawllc.com* | *wjackson@fmglaw.com* |
| *brandon@nevillelawllc.com* | *sgrunberg@fmglaw.com* |

Respectfully submitted this 17th day of October, 2024.

**HALL BOOTH SMITH, P.C.**

*/s/ Russell A. Britt*
RUSSELL A. BRITT
Georgia Bar No. 473664
STUART F. SUMNER
Georgia Bar No. 353355

*Counsel for Defendants Cary L. Way, Jerald F. Watson, Daniele Morthland, D'Boris Smith, and Sheriff Carlton Speed*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  rbritt@hallboothsmith.com
Email:  ssumner@hallboothsmith.com

109307856.1
5812.0036

2